IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v                                                              Cr. No. **2:13cr20178-9-JTF**

JEREMY BOWDEN

## ORDER REVOKING BOND

This cause came on to be heard on Wednesday, December 27, 2016, pursuant to a Petition filed by Probation Officer Anthony Longman, alleging violation of the conditions of the defendant's bond supervision. Upon the defendant waiving his right to a hearing; the court hereby ORDERS that the defendant's bond be and hereby is revoked. The defendant will be held in custody pending the trial/final revocation hearing of this matter

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

DATE:   December 27, 2017

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____