AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
# Western District of Tennessee

UNITED STATES OF AMERICA
    Plaintiff,

VS.                                           Case Number 2:13-CR-20178-JTF-009

JEREMY BOWDEN,
    Defendant.

**JUDGMENT AND COMMITMENT ORDER**
**ON SUPERVISED RELEASE VIOLATION**
(For Offenses Committed On or After November 1, 1987)

The defendant, Jeremy Bowden, was represented by Tyrone Paylor, appointed Assistant Federal Public Defender.

    The defendant, who was convicted on March 20, 2014, in the Western District of Tennessee and placed on Supervised Release for a period of three (3) years, has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Fourteen (14) Months with NO additional term of Supervised Release.

    FURTHERMORE, restitution/other monetary penalty and all conditions of Supervised Release stands as previously imposed. Defendant remanded to the USM.

    Signed this the 4th day of April, 2018.

                                              *s/John T. Fowlkes ,Jr.*
                                              UNITED STATES DISTRICT JUDGE